Fitch H. Medbury, Appellant, v. Alberta K. Wright, Respondent.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Mortimer D. Metcalfe and Walter Schumm, Copartners, Doing Business under the Firm Name of Metcalfe & Schumm, Appellants, v. Board of Education of Union Free School District, No. 1, Town of Ossining, Respondent.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Miller, JJ., concurred.

John J. Mulvany, Appellant, v. Chapter General of America, Knights of St. John and Malta, Respondent.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

James O'Brien, Respondent, v. Naughton Company and Arthur McMullen, Appellants.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Edward J. O'Connor, Appellant, v. The City of New York, Respondent.—Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Lillie Pechette, Respondent, v. New York and Queens County Railway Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

The People of the State of New York, Respondent, v. Vito Carlo, Appellant.—Judgment of conviction of County Court of Kings county affirmed. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Rebecca Vieterson, Appellant.—Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

The People of the State of New York ex rel. James MacFayden, Respondent, v. Herman A. Metz, as Comptroller of the City of New York, Appellant.—Order affirmed, with ten dollars costs and disbursements, upon the authority of *People ex rel. Post* v. *Metz* (*post* p. 900), decided herewith. Jenks, Burr, Thomas, Rich and Miller, JJ., concurred.